**Johnnie BUSH, Movant, v. W. B. BUSH,. Opposed.**

Court of Appeals of Kentucky.
Feb. 27, 1953.

E. B. Rose and Buford Short, Beattyville,. for movant.

Leebern Allen, Campton, opposed.

PER CURIAM.

Motion for an appeal from the Wolfe Circuit Court. Our examination of the record leads us to the conclusion that the money judgment for $375 should be and. it is affirmed.